McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents



FILED
JUN 2 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED MUTLAQ NAGI, | CV 06-F-185 OWW SMS |
| Plaintiff, | |
| v. | |
| Michael Chertoff, et al. | **DEFENDANTS' MOTION TO ACCEPT LATE FILING OF ANSWER AND [PROPOSED] ORDER** |
| Defendants. | |

This Court has previously granted Defendants one extension of time in which to file an answer to the complaint. That extended deadline was June 7, 2006. For the reasons stated in the attached declaration of counsel, Defendants are requesting permission to file their answer eight days late, on June 15, 2006. The undersigned sincerely apologizes for the delay.

Dated: June 15, 2006                    Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                By:     /s/Audrey Hemesath
                                        Audrey B. Hemesath
                                        Assistant U.S. Attorney
                                        Attorneys for the Defendants


## ORDER

Pursuant to this Motion to Accept Late Filing of Answer and for the reasons stated therein,

IT IS HEREBY ORDERED that the Defendants' Answer is accepted as filed on June 15, 2006.

IT IS SO ORDERED.

DATED: *June pro tunc to 6/15/06*

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER

**DECLARATION**

1 I, Audrey B. Hemesath, declare and state as follows:
2 i. I am Assistant United States Attorney and am assigned
3   responsibility for litigation in the case *Nagi v. Chertoff*,
4   06-F-185.
5 ii. The government first requested an extension of time in which
6    to file the government's answer in this case on April 27,
7    2006; that extension motion was granted and the government's
8    deadline for filing its answer was June 7, 2006.
9 iii. Following the April 27, 2005 extension request, I continued to
10    correspond with Area Counsel for Citizenship and Immigration
11    Services. Area Counsel indicated that consultation with
12    Citizenship and Immigration Headquarters would be necessary.
13 iv. While this consultation was underway, my local agency point of
14    contact accepted and departed for a one-year detail to
15    Washington, and communication temporarily ceased on the case.
16 v. When replacement counsel began his term in local Area
17    Counsel's office, I mistakenly failed to include this case on
18    the list of pending naturalization cases in our district. The
19    oversight was entirely my own and was the cause of the
20    government's failure to meet the June 7, 2006 deadline. I am
21    in the process of taking steps to ensure that such an
22    oversight does not occur again, including requesting that my
23    legal assistant confirm all of my pending briefing deadlines
24    via PACER.

1  vi.  On June 14, 2006, I was kindly informed by opposing counsel of
2       the missed briefing deadline.  I immediately consulted both
3       with local agency counsel and with former local agency
4       counsel, now located in Washington, D.C.  We have prepared the
5       attached Answer, which we respectfully request the Court
6       accept for late filing.
7
8  I declare that the foregoing is true and correct under penalty
9  of perjury and that the foregoing was executed in Sacramento,
10 California on 15 June 2006.
11
12                      /s/ Audrey Hemesath
13                      Audrey B. Hemesath
14                      Assistant United States Attorney
15                      Office of the U.S. Attorney
16                      Eastern District of California
17
18