1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7          **EASTERN DISTRICT OF CALIFORNIA**
8
9   MOHAMED MUTLAQ NAGI,          )    1:06-cv-0185 OWW SMS
                                 )
10                Plaintiff,      )    SCHEDULING CONFERENCE ORDER
                                 )
11      v.                       )    Trial Date:  8/29/06 3:00
                                 )    (CT-2 hours)
12  MICHAEL CHERTOFF, et al.,     )
                                 )
13                Defendants.     )
                                 )
14  _____)
15
16  I.   Date of Scheduling Conference.
17       June 28, 2006.
18  II.  Appearances Of Counsel.
19       James M. Makasian, Esq., appeared on behalf of Plaintiff.
20       Audrey Hemesath, Esq., Assistant U.S. Attorney, appeared on
21  behalf of Defendants.
22  III.  Summary of Pleadings.
23       1.   This case is a challenge to the United States
24  Department of Homeland Security Citizenship and Immigration
25  Services' alleged failure to timely adjudicate the naturalization
26  application of Plaintiff.
27  ///
28  ///

                                  1

1    2.    The following schedule is adopted for the case.    This

2  matter is set for trial on August 29, 2006, at 3:00 p.m.

3

4  IT IS SO ORDERED.

5  **Dated:    June 28, 2006**                    **/s/ Oliver W. Wanger**
   emm0d6                                        UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2