McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED MUTLAQ NAGI, | 1:06-cv-185 OWW SMS |
| Petitioners, | |
| v. | |
| Michael Chertoff, et al. | **STIPULATION RE: REMAND TO CITIZENSHIP AND IMMIGRATION SERVICES AND ORDER** |
| Respondents. | |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of that application. CIS has now received the results of the Federal Bureau of Investigations' (FBI) background name checks, and the agency wishes to conduct further investigation, including an additional interview, before finally adjudicating Mr. Nagi's application. Toward that end, the parties agree to the following terms of remand to CIS:

1. That CIS will furnish Mr. Nagi with a Request for Evidence within 14 days from the date of stipulation.

2. Mr. Nagi will have 60 days to provide said information.

3. CIS will have 60 days following receipt of the information to re-interview Mr. Nagi and complete adjudication.

4. Should the government fail any of the time limitations set forth, jurisdiction will revert to the district court for the setting of a new trial date pursuant to 8 U.S.C. § 1447(b) and 8 U.S.C. § 1421(c).

The parties therefore stipulate that the case be remanded to CIS for adjudication with these instructions.

Dated: August 14, 2006

                              McGREGOR W. SCOTT
                              United States Attorney


By: /s/Audrey Hemesath
     Audrey B. Hemesath
     Assistant U.S. Attorney
     Attorneys for the Defendants


By: /s/ James M. Makasian
     James M. Makasian
     Attorney for the Plaintiff


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the case is remanded with instructions to Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b). Citizenship and Immigration Services is to issue a Request for Evidence

within 14 days of the date of stipulation, and plaintiff Nagi is to provide the information requested within 60 days.  Citizenship and Immigration Services is to complete its adjudication within 60 days of receipt of the information requested.  Should the government fail in these deadlines of adjudication, jurisdiction will revert back to the district court for the setting of a new trial date.

IT IS SO ORDERED.

**Dated:   August 17, 2006**                                 **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE